UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

August 12, 2014

_____

DOCKET CORRECTION NOTICE
_____

No. 14-4263,    US v. Thomas Legall
                4:12-cr-00106-RGD-LRL-1

TO:    Crystina Marie O'Brien

FILING CORRECTION DUE:  August 15, 2014

Please make the correction identified below and file a corrected document by the date indicated.

[x] Incorrect event used. Please refile document using [BRIEF] entry and choosing Reply from the dropdown menu.


Donna Lett, Deputy Clerk
804-916-2704